UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>BASIC FIRE PROTECTION, INC.<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   14-36834<br><br>Chapter: 11<br>Honorable Pamela S. Hollis |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR BY FREEBORN & PETERS LLP AND REQUEST FOR SHORTENED NOTICE**

Upon the First and Final Application for Compensation and Reimbursement of Expenses as Counsel to the Debtor by Freeborn & Peters LLP ("Freeborn") and Request for Shortened Notice (the "Final Fee Application") for the period of October 10, 2014 through January 20, 2015 (the "Final Fee Application Period"); this Court having reviewed the Final Fee Application; due and adequate notice having been given under the circumstances and all persons with standing having been afforded the opportunity to be heard on the Final Fee Application;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Final Fee Application is hereby granted.

2. The Court hereby allows Freeborn, on a final basis, compensation in the amount of $22,687.50 for the Final Fee Application Period as a chapter 11 administrative expense of the Debtor's estate.

3. The Court hereby allows Freeborn, on a final basis, reimbursement of expenses in the amount of $1,717.00 for the Final Fee Application Period as a chapter 11 administrative expense of the Debtor's estate.

4. The Court hereby authorizes payment to Freeborn of $24,404.50, representing all amounts requested for the Final Fee Application Period.

5. The request for shortened notice is granted.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  February 24, 2015

**Prepared by:**

Brian J. Jackiw
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606