UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-36834 |
| BASIC FIRE PROTECTION, INC. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR FINAL DECREE PURSUANT TO SECTION 350(a) AND BANKRUPTCY RULE 3022

   Upon consideration of the motion (the "Motion") of Basic Fire Protection, Inc. (the "Debtor"), debtor in the above-captioned case, for entry of an order of final decree closing this chapter 11 bankruptcy case pursuant to 11 U.S.C. § 350(a) and Bankruptcy Rule 3022; due and proper notice of this Motion having been given, and after due deliberation and sufficient cause appearing therefor;

   NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

  1. The Motion is GRANTED.

  2. The case is hereby closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: February 24, 2015

**Prepared by:**

Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606